

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In the Matter of the Tracking of** an International Hong Kong Post mail piece, bearing Label No. EA273757128HK and addressed to "Rachael Bellerby, 14 Short Street, Harrington, DE 19952-1021" | Criminal Action No. 17 – __225M__  <br><br>**UNDER SEAL** |

### MOTION AND ORDER TO SEAL

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, Acting United States Attorney for the District of Delaware, and Daniel Logan, Assistant United States Attorney, and hereby moves to seal the Search Warrant and related attachments in the above-captioned matter until further order of the Court.

Respectfully submitted,

DAVID C. WEISS
Acting United States Attorney

BY: _____
Daniel Logan
Assistant United States Attorney

Dated: November 20, 2017

IT IS SO ORDERED this 20th day of November, 2017, that the Search Warrant and related attachments in the above-captioned matter are sealed until further order of the Court.

_____
HONORABLE SHERRY R. FALLON
UNITED STATES MAGISTRATE JUDGE



2017 NOV 20 PM 2:15
US DISTRICT COURT
DISTRICT OF DELAWARE