## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: Search Warrants for:        )

(1) an International Hong Kong Post mail piece,  )    MISC. ACTION NUMBERS
bearing Label No. EA273757128HK and      )    17-225M and 17-240M,
addressed to "Rachael Bellerby, 14 Short     )    respectively
Street, Harrington, DE 19952-1021; and     )
(2) an iPhone 6s Plus, model #MKVU2LL/A;  )
a Sandisk Cruzer 8 GB flash drive, model #   )
SDCZ36-008G; and a Compaq Presario laptop, )
model #CQ57-339WM               )

## MOTION AND ORDER TO UNSEAL

NOW COMES the United States of America, by and through its attorneys, David C. Weiss,

United States Attorney for the District of Delaware, and Graham L. Robinson, Assistant United

States Attorney, and hereby moves this Court to unseal the above-captioned Search Warrants.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BY: /s/ *Graham L. Robinson*
Graham L. Robinson
Assistant United States Attorney

Dated:   August 14, 2018

AND NOW, this 14ᵗʰ day of August , 2018, based upon the

foregoing Motion, **IT IS ORDERED** that the above-captioned search warrants be unsealed.

Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE

FILED

I5 1 4 2018

OF DELAWARE